Rev. 10/2015 Prisoner Complaint

**FILED**

NOV 2 8 2016

JULIE RICHARDS JOHNSTON, CLe ...
US DISTRICT COURT, EDNC
BY_____ DEP CLK

**United States District Court**
Eastern District of North Carolina
Western Division

Case No. 5:16-CT-3319

(To be filled out by Clerk's Office only)

Corey Allan Donaldson

*(In the space above enter the full name(s) of the plaintiff(s).)*

Inmate Number 19537081

**COMPLAINT**

*(Pro Se Prisoner)*

Jury Demand?
☑ Yes
☐ No

-against-

GEO Group Inc.

Tony Norman of the B.O.P.s.

Tracy Johns - Warden

Brick Tripp - Warden

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☐    42 U.S.C. § 1983 (state, county, or municipal defendants)

☑    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☑    Action under Federal Tort Claims Act (federal defendants)

## II. PLAINTIFF INFORMATION

Corey Allan Donaldson
Name

19537081
Prisoner ID #

Rivers C.I.
Place of Detention

145 Parkers Fishery Rd
Institutional Address

Winton                    NC                    27986
City                        State                  Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐    Pretrial detainee    ☐ State    ☑ Federal

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☑    Convicted and sentenced federal prisoner

## IV.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:  <u>Geo Group Inc</u>

Name

<br>

Current Job Title

<u>ONE PARK PLACE, 621 NW 53rd St,</u>

Current Work Address

Ste 700

<u>Boca Raton</u>   <u>FL</u>   <u>33487</u>

City                        State              Zip Code

Capacity in which being sued: ☐ Individual ☑ Official ☐ Both

Defendant 2:  <u>Tony Norman - Bureau of Prisons</u>

Name

<u>Contract Liason - D. Ray James Prison</u>

Current Job Title

<u>3262 Hwy 252 E</u>

Current Work Address

<u>Folkston</u>   <u>GA</u>   <u>31537</u>

City                        State              Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

**Defendant(s) Continued**

Defendant 3: Tracy Johns
Name

Warden - D.Ray James Prison
Current Job Title

1 3262 Hwy 252 E
Current Work Address

Folkston GA 31537
City          State        Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 4: Brick Tripp
Name

Warden - Rivers Correctional l.
Current Job Title

145 Parkers Fishery Rd
Current Work Address

Winton NC 27986
City          State        Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: D. Ray James Prison / Rivers C.I.

Date(s) of occurrence: March 2015 - September 2016 - Now

State which of your federal constitutional or federal statutory rights have been violated:

Punishment without due process - Retaliation for free speech hunger strike - Witness Tampering

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

See Facts in Supplement

| Who did what to you? | |
|---|---|
| | Witness Retaliation |
| | Kidnapping - trafficking |
| | Obstruction of redress of grievances! |
| Obstruction of phone access | Cruel and Unusual punishment |
| Food Tampering | Obstruction of certified legal mail. |
| False Charges of Assault | Obstruction of legal files |
| Failure to investigate retaliation | Obstruction of equal treatment |

What
happened
to you?

When did it
happen to
you?

Where did it
happen to
you?

INJURY

**What was your injury?**

1) Obstruction/destruction of certified legal mail.

2) KIDNAPPED.

3) TRAFFICKED across state lines while hog-tied in chains for 11-12 hours, while in a medically vulnerable state after and still on a 15 day hunger strike.

4) Denial of grievance procedure + 'redress'

5) Retaliation for expression of rights.

6) False charges of assault, later dropped.

7) Forbidden access to phone, prose legal files, shower, hygiene while on hunger strike.

8) Witness Tampering

9) Witness Retaliation

10) Forbidden access to phone while in the hole without due process. Going on 6 months +.

11) Obstruction of mail to law enforcement.

12) Rocks in my food.

## VI.   ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?   ☑ Yes   ☐ No

If no, explain why not:

Either the grievance is not answered or

I am denied the grievance procedure

altogether, relating to the issues raised,

Is the grievance process completed?   ☑ Yes   ☐ No

If no, explain why not:

The grievance procedure is exhausted

when GEO Inc and staff refuse to

reply. This is a default exhaustion.

## VII.   RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

1) Transfer me out of the Geo Inc crime network
and in to the B.O.P.

2) Punitive Damages:

GEO GROUP Inc   $85,000,000
Tony Norman B.O.P   $75,000,000

Tracy Johns-Warden $65,000,000
Brick Tripp - Warden $65,000,000

3) Place an injunction on GEO Inc and the B.O.P against witness tampering and retaliation against my person.

4) Order GEO Inc to allow me phone access after 6 months of deprivation.

5) Order Geo Inc to cease putting rocks in my food.

6) Refer this case to the U.S. Attorney in GA, FL and NC for criminal investigation into the B.O.P, GEO Inc, Tony Norman, Tracy Johns + Brick Tripp.

7) Injunction against GEO Inc from confiscating or obstructing in any way the evidence I have in this case.

GEO Inc obstruction of legal files is personally documented to be GEO Inc active policy.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?   ☑ Yes   ☐ No

If yes, how many?   *three*

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

1) Donaldson v Johns - U.S. District Court for the Eastern District of North Carolina. Case No. 5:15-HC-2058-BO, (2241) It was decided that a 1983/Rivens claim was more appropriate.

2) Donaldson v Sgt Shawn Stokes - U.S. District Court for the District of Utah, Central Division Case No. 2:16-cv-784-CW. (1983) claim. The case is active.

3) Donaldson v Trump - U.S. District Court for the Eastern District of North Carolina Case No. 5:16-HC-2275-D. (2241) The case is active.

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

11-21-16

Dated                                                    Plaintiff's Signature

Corey Allan Donaldson

Printed Name

1953708 1

Prison Identification #

P.O. Box 630          Winton          NC          27986

Prison Address          City          State          Zip Code