[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-11720
Non-Argument Calendar
_____

D.C. Docket No. 5:18-cv-00007-LGW-BWC


COREY ALLAN DONALDSON,

                                        Plaintiff - Appellant,

versus

GEO GROUP, INC., et.al.,

                                         Defendants,

TONY NORMAND,
Federal Agent (F.B.O.P.)

                                        Defendant - Appellee.

_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

(May 26, 2021)

Before NEWSOM, ANDERSON and DUBINA, Circuit Judges.

PER CURIAM:

In our panel opinion in this case, we held: "[p]unitive damages are not available to prisoners under the PLRA, absent the demonstration of physical injury that satisfies 42 U.S.C. § 1997e(e)'s physical injury requirement, and this applies even to constitutional claims." *See Donaldson v. GEO Group, Inc., et al.*, 843 F. App'x 161 (11th Cir, 2021). In so holding, we followed our prior panel precedent of *Al-Amin v. Smith*, 637 F.3d 1192, 1198–99 (11th Cir. 2011).

Recently, the Eleventh Circuit heard *en banc* in *Hoever v. Marks*, No. 17–10792, ___ F.3d ___, 2021 WL 1326618 (11th Cir. Apr. 9, 2021), the identical issue raised before us in *Donaldson*. Specifically, our court considered "whether the Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e(e), bar[s] punitive damages for constitutional claims, including First Amendment claims, without a showing of physical injury?" Because our court answered that question in the negative, we *sua sponte* vacate our panel opinion in *Donaldson* as well as vacate the district court's order dismissing Donaldon's *Bivens v. Six Unknown Named Agents,* 403 U.S. 388, 91 S. Ct. 1999 (1971), action for failing to state a claim upon which relief could be granted and remand this case to the district court for further consideration in light of this court's *en banc* holding in *Hoever*.

VACATED AND REMANDED.

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 26, 2021

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number:  19-11720-GG
Case Style:  Corey Donaldson v. Tony Normand
District Court Docket No:  5:18-cv-00007-LGW-BWC

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing, are available at www.ca11.uscourts.gov.** Enclosed is a copy of the court's decision filed today in this appeal. Judgment has this day been entered pursuant to FRAP 36. The court's mandate will issue at a later date in accordance with FRAP 41(b).

The time for filing a petition for rehearing is governed by 11th Cir. R. 40-3, and the time for filing a petition for rehearing en banc is governed by 11th Cir. R. 35-2. Except as otherwise provided by FRAP 25(a) for inmate filings, a petition for rehearing or for rehearing en banc is timely only if received in the clerk's office within the time specified in the rules. Costs are governed by FRAP 39 and 11th Cir.R. 39-1. The timing, format, and content of a motion for attorney's fees and an objection thereto is governed by 11th Cir. R. 39-2 and 39-3.

Please note that a petition for rehearing en banc must include in the Certificate of Interested Persons a complete list of all persons and entities listed on all certificates previously filed by any party in the appeal. See 11th Cir. R. 26.1-1. In addition, a copy of the opinion sought to be reheard must be included in any petition for rehearing or petition for rehearing en banc. See 11th Cir. R. 35-5(k) and 40-1 .

Counsel appointed under the Criminal Justice Act (CJA) must submit a voucher claiming compensation for time spent on the appeal no later than 60 days after either issuance of mandate or filing with the U.S. Supreme Court of a petition for writ of certiorari (whichever is later) via the eVoucher system. Please contact the CJA Team at (404) 335-6167 or cja_evoucher@ca11.uscourts.gov for questions regarding CJA vouchers or the eVoucher system.

Pursuant to Fed.R.App.P. 39, costs taxed against the appellee.

Please use the most recent version of the Bill of Costs form available on the court's website at www.ca11.uscourts.gov.

For questions concerning the issuance of the decision of this court, please call the number referenced in the signature block below. For all other questions, please call Joseph Caruso, GG at (404) 335-6177.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Djuanna H. Clark
Phone #: 404-335-6151

OPIN-1A Issuance of Opinion With Costs