IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-11720-GG

_____

COREY ALLAN DONALDSON,

                      Plaintiff - Appellant,

versus

GEO GROUP, INC., et.al.,

                      Defendants,

TONY NORMAND,
Federal Agent (F.B.O.P.)

                      Defendant - Appellee.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

ORDER:

The order withholding the mandate in this appeal is VACATED.


DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION