# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 18, 2022

Clerk - Southern District of Georgia
U.S. District Court
124 BARNARD ST
SAVANNAH, GA 31401

Appeal Number: 19-11720-GG
Case Style: Corey Donaldson v. Tony Normand
District Court Docket No: 5:18-cv-00007-LGW-BWC

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

No. 19-11720

_____

District Court Docket No.
5:18-cv-00007-LGW-BWC

COREY ALLAN DONALDSON,

                              Plaintiff - Appellant,

versus

GEO GROUP, INC., et.al.,

                              Defendants,

TONY NORMAND,
Federal Agent (F.B.O.P.)

                              Defendant - Appellee.

_____

Appeal from the United States District Court for the
Southern District of Georgia

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: May 26, 2021
For the Court: DAVID J. SMITH, Clerk of Court
By: Djuanna H. Clark