IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| COREY ALLAN DONALDSON, | |
| Plaintiff, | CASE NO.: 5:18-cv-007 |
| v. | |
| GEO GROUP, INC., et al., | |
| Defendants. | |

### ORDER

The Judgment of this Court in the above-styled action having been vacated and remanded by the United States Court of Appeals for the Eleventh Circuit,

**IT IS ORDERED AND ADJUDGED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

**SO ORDERED**, this __21__ day of March, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA