# In the United States District Court for the Southern District of Georgia Waycross Division

COREY ALLAN DONALDSON,

    Plaintiff,

v.

TONY NORMAND,

    Defendant.

CV 5:18-007

### ORDER

Before the Court is Defendant's Motion to Dismiss, dkt. no. 117, as well as Defendant's Motion to Withdraw that motion, dkt. no. 118. After consideration of the Motion to Withdraw, id., and for good cause shown, the motion is **GRANTED**. The Clerk is **DIRECTED** to terminate the Motion to Dismiss, dkt. no. 117, as **WITHDRAWN**.

**SO ORDERED**, this 28 day of March, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA