Corey Donaldson – Pro Se Plaintiff
14 Oak Ave. Longwarry, Victoria Australia 3816
EMAIL: ImNowUnleashed@gmail.com  Phone: By arrangement.

Saturday December 3rd 2022

**RE: 5:18-CV-7 / Corey Donaldson plaintiff v. Tony Normand et al defendant**

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2022 DEC -5  P 12: 03

CLERK_____
SO. DIST. OF GA.

# EMERGENCY 18 USC 4 Misprision of Felony REPORT

Under 28 USC 1746 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 3rd 2022.

**Signed Corey Donaldson**

**EXPEDITED PRIORITY** action upon this report in warranted under **28 USC 1657** because "…*good cause is shown if a right under the Constitution of the United States or a Federal Statute would be maintained in a factual context...*"

This report cites admitted federal crimes executed to impede this court and civil rights.

## BACKGROUND

An impartial court does not have discretion to allow felonies to be executed on the record by officers of the court - On November 11th 2022 this witness filed with this court (doc. 163) a detailed expose outlining 18 USC crimes on the record by US Attorney David H. Estes, AUSA Jason Blanchard, and AUSA Shannon Statkus. On December 1st 2022 US Attorney David H. Estes replied (document 164) to document 163 and "judicially admitted" to all crimes he was charged with.

The satire of silence exhibited by US Attorney David H. Estes in the face of the charges against him ordinarily mean nothing because he has the right to remain silent, but in an active civil proceeding, silence upon allegations is considered "judicial admission", waiving dispute, and confessing the veracity of the charges laid against him.

> **Rule 8 (b) (6) (6) *Effect of Failing to Deny*.** An allegation—other than one relating to the amount of damages—is admitted if a responsive pleading is required and the allegation is not denied. If a responsive pleading is not required, an allegation is considered denied or avoided.

1

> **Rules of Evidence 301** - the party against whom a presumption is directed has the burden of producing evidence to rebut the presumption

Under Federal Rule Civil Procedure 8(b), parties "must . . . admit or deny the allegations asserted against it by an opposing party." *See* Fed. R. Civ. P. 8(b)(1). **When, as here, a responsive pleading is required and an "allegation is not denied,"**—*i.e.*, **the party does not "fairly respond to the substance of the allegation"—such allegation "is admitted."** *See* Fed. R. Civ. P. 8(b)(2) & (6); *see also Burlington N. R. Co. v. Huddleston*, 94 F.3d 1413, 1415 (10th Cir. 1996) ("By failing to submit an answer . . . denying the factual allegations of Plaintiff's complaint, Defendant admitted those allegations, **thus placing no further burden upon Plaintiff to prove its case factually**."). *Ashley v. Jaipersaud*, 544 F. App'x 827 (11th Cir. 2013)

Because US Attorney David H. Estes, AUSA Jason Blanchard, and AUSA Shannon Statkus have judicially admitted to all crimes charged against them, I have a lawful duty to report these crimes lest I am punished for not doing so under 18 USC 4 Misprision of felony.

## FRESH CRIMES EXECUTED

It was not enough for Estes et al to judicially admit to crimes on the record as charged in document 163, he actually executed fresh **18 USC 1519 Obstruction** and **18 USC 2073 False Entries** crimes in their document 164 follow up. US Attorney David H. Estes knowingly and falsely alleges that "At no point in time has the Court prohibited the parties from serving documents electronically." (Doc 164 p. 2)

US Attorney David H. Estes chose to obstruct the following evidence, even though it is already on the court docket. **From doc 163 p.6:**

It is impossible and unlawful that an actionable Rule 5 agreement to execute lawful service by email existed because this court had strictly forbidden it, TWICE.

This plaintiff filed two motions (doc's 121, 132 and a third yet to be decided doc 154) requesting "service" between the parties to be carried out by email. In each of those motions this plaintiff used the exact same language and specifically requested:

*"The plaintiff proposes that he is able to file with the court by email and to cc Mr. Blanchard in the same email, and that by doing so that service is acknowledged and received."*

*"It is proposed that Mr. Blanchard email the plaintiff any court documents that he files too, and that by doing so that service is acknowledged and received."*

2

*Doc 121 p. 2.*

*"The plaintiff proposes that he is able to file with the court by email and to cc Mr. Blanchard in the same email, and that by doing so that service is acknowledged and received.*

*It is proposed that Mr. Blanchard email the plaintiff any court documents that he files too, and that by doing so that service is acknowledged and received."*
**Doc 132 p. 5.**

Those motions were entirely DENIED by this court (doc's 122,137).

The question was asked of the court twice, and the court said NO twice.

Now Estes obstructs this court with a "false entry" claiming these ORDERS do not exist, and brazenly begs the court, as if he has done it before, to employ amnesia towards his crimes.

*"Defendant stands on the arguments it advanced in its Response at [Doc. 162] and respectfully request that the Court consider Defendant's arguments on the merits."* (doc. 164). US Attorney David H. Estes is actually begging the court to forget that he concealed and withheld evidence in order to impede this court, as presented in doc 163 (p.9, 12-16), and to only consider the spoon-fed evidence he submitted, but not the evidence he concealed. It's truly extraordinary. The coolness with which he makes this demand makes it look customary. **Doc 164 is the most disastrous court filing in the history of court filings by a sitting US Attorney - admitting to felonies and cajoling the court to nullify those felonies. Sheesh.**

## THE JUDICIALLY ADMITTED CRIMES

In document 163 p. 2 this witness predicted: "<u>The defendants' lawyers will not reconcile the issues raised in this motion because there is an active policy at the office run by USA David H. Estes impede, conceal and to mislead.</u>" That prediction has proven true.

The material facts are undisputed. US Attorney David H. Estes, AUSA Jason Blanchard, and AUSA Shannon Statkus did not rebut and did not have the evidence to rebut the overwhelming evidence of their involvement in the following crimes presented throughout document 163, and are guilty of each one by admission:

3

**18 USC 1505 OBSTRUCTION OF COURT PROCEEDINGS - 18 USC 1519 FALSIFICATION OF RECORDS - 18 USC 2073 FALSE ENTRIES - 18 USC 371 CONSPIRACY - The American Bar Association: Rule 8.4: Misconduct**

As a result of the admission to these crimes, at issue is also 18 USC 242 DEPRIVATION OF RIGHTS UNDER COLOR OF LAW.

## CONCLUSION

To vindicate its authority, this court may use its contempt of court powers under 18 USC 401 and 18 USC 402, in addition to taking steps for criminal charges to be filed.

This report is filed so that the court can take action of its own accord. As a witness, I have a duty to report under 18 USC 4. For my safety, I am witness to how the court exercise its authority when crimes are admitted to have been executed on its own court docket.

And finally, when reminded in doc 163 that court ORDERS exist to prevent service by email, and while claiming that a service for email agreement exists between the parties, while also filing motions to deny service by email, it is instructive that now for the first time that US Attorney David H. Estes has NOT served document 164 by email at all. Double Sheesh.

Respectfully Submitted by **Corey Donaldson**

### CERTIFICATE OF SERVICE

Saturday December 3rd 2022
RE: 5:18-CV-7

Today a copy of this MOTION was mailed to:
AUSA Jason Blanchard, US Attorney's Office
600 James Brown Blvd, Suite 200
Augusta, Georgia 30901

**Signed Corey Donaldson**

4






**PRESS FIRMLY TO SEAL**   **PRESS FIRMLY TO**

U.S. POSTAGE PAID
PME 2-Day
OGDEN, UT
84404
DEC 03, 22
AMOUNT
$27.90
R2305M145455-47

RDC 07   31520

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

INSPECTED BY

**UNITED STATES POSTAL SERVICE®**   **PRIORITY MAIL EXPRESS®**

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( )

Monte Judd
236 W 1700 N
North Ogden UT
84414

EI 568 852 141 US

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases Return Receipt service; OR 4) Purchases COD service; OR 5) Purchases Priority Mail Express AM service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)   PHONE ( 912 ) 280-1330

United States District Court
801 Gloucester Street
Brunswick GA 31520

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

← **PEEL FROM THIS CORNER**

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.   Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☒ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO
PO ZIP Code: 84404
Scheduled Delivery Date (MM/DD/YY): 12/05/2022
Postage: $27.90

Date Accepted (MM/DD/YY): 12/03/2022
Scheduled Delivery Time: ☐ 10:30 AM  ☒ 3:00 PM
Insurance Fee: $
COD Fee: $

Time Accepted: 12:47 ☐ AM ☒ PM
Return Receipt Fee: $
Live Animal Transportation Fee: $

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees

Weight: ☒ Flat Rate
Acceptance Employee Initials
$27.90

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature
Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature

EP13F May 2020






